```
         IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

**GREAT CREATIONS, LLC,**                                           **PLAINTIFF**

    **v.**                         Civil No. 09-5118

**DICKINSON FROZEN FOODS, INC.,**
**d/b/a NORSUN FOOD GROUP, INC.**                                   **DEFENDANT**

### O R D E R

Now on this 15th day of March, 2011, comes on for consideration the **Magistrate Judge's Report and Recommendation** (Doc. 44) to which no objections have been filed. The Court, being well and sufficiently advised, has reviewed the Report and Recommendation and finds that it is sound in all respects and should be adopted *in toto.*

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation** (Doc. 44) is hereby **adopted *in toto;*** and

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge' Report and Recommendation, plaintiff's **Motion to Strike (Doc. 41)** is hereby **GRANTED IN PART AND DENIED IN PART.** Specifically:

    \*    the motion is granted as to the unclean hands defense asserted by defendant in its Answer (Doc. 39) and such defense is hereby **STRICKEN;**

\*      the motion is denied in all other respects, including plaintiff's request for additional time to conduct discovery.

**IT IS SO ORDERED.**

                                            **/s/JIMM LARRY HENDREN**
                                            **JIMM LARRY HENDREN**
                                            **UNITED STATES DISTRICT JUDGE**